642

■ NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., as Trustee in Bankruptcy of CARL GOLDBERG, INC., v. CARL GOLDBERG. NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., as Trustee in Bankruptcy of CARL GOLD-BERG, INC., v. MARION GOLDBERG.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ CLARA ZALEWITZ, as Administratrix of the Estate of ABRAHAM ZALE-WITZ, Deceased, v. HENRY GREIFINGER et al.— Motion to dismiss appeal granted, with $10 costs, unless the defendant-appellant-respondent procures his appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Motion to dismiss appeal granted, with $10 costs, unless the plaintiff-respondent-appellant procures her appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Motion to dismiss appeal granted, with $10 costs, unless the plaintiff-respondent-appellant and the defendant-respondent-appellant procure their appellants' points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ BENJAMIN HAMOWITZ v. ARA VORTABEDIAN, Doing Business as VAN ALST SERVICE STATION.— Motion to dismiss appeals granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of the Intermediate Accounting of GERTRUDE G. GUTH-MAN et al., as Trustees under the Will of WILLIAM GUTHMAN, Deceased, Respondents. RICHARDS J. OLDS et al., Appellants.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the appellants' points to be served and filed on or before September 12, 1961, with notice of argument for the October 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ HELENE GLENMORE et al. v. JOHN I. AHERN et al.— Motion to dismiss portions of appeals denied without prejudice, however, to a renewal thereof upon the argument or submission of the appeals. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ ETHEL DUBINER v. JERRY I. DUBINER.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for the petitioner-respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ COLONIAL PRINTING CO. v. BOBCY CORPORATION.— Motion to dismiss purported appeal and vacate stay granted to the extent of vacating the stay contained in the order to show cause dated October 31, 1960 and contained in the order of this court entered December 8, 1960. As the appellant has not served or filed a notice of appeal within 30 days after the entry of the order granting leave to appeal (Civ. Prac. Act., § 624, subd. 2) no appeal is pending in this court. That branch of the motion which seeks a dismissal of the appeal is therefore dismissed, without costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.